786

Pauline Goldman, Respondent, v. Sam Glabman, Appellant.—

No opinion.
Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

Nettie Goldstein et al., Respondents, v. Louis Levy et al., Appellants.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of David Hendrickson et al., Appellants, against Charles E. Ransom, as County Clerk of Nassau County, Respondent.—

No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of New York & Brooklyn Casket Company, Judgment Creditor, Appellant, v. Mervin H. Wyckoff, Judgment Debtor, Respondent. Carl A. Espach, as Receiver of Mervin H. Wyckoff, Appellant.—

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

Fritz Korb, Respondent, v. Eugenia Korb, Appellant.—

No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

Samuel Leviten, Respondent, v. Joseph Reisman et al., Appellants.—

No opinion. Present — Hagarty, Johnston, Adel, Taylor and Lewis, JJ.